**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

United States Court of Appeals
Fifth Circuit

**F I L E D**
June 16, 2009

Charles R. Fulbruge III
Clerk

No. 08-60602
Conference Calendar

UNITED STATES OF AMERICA

Plaintiff-Appellee

v.

KENNY FRANKLIN EDMONSON

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:01-CR-27-1

Before SMITH, BENAVIDES, and HAYNES, Circuit Judges.

PER CURIAM:[*]

Kenny Franklin Edmonson appeals the revocation of his supervised release, following a 2002 conviction for access device fraud. *See* 18 U.S.C. § 1029(a)(2). Edmonson has served the term of imprisonment imposed upon revocation, and the district court imposed no further term of supervised release. Therefore, Edmonson has no "concrete and continuing injury," and there is no case or controversy over which this court may exercise jurisdiction under Article

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

III, § 2, of the Constitution. *Spencer v. Kemna*, 523 U.S. 1, 7, 14 (1998). The Government's motion to strike the reply brief is DENIED as unnecessary, and this appeal is DISMISSED as moot.